On respondent's petition for reconsideration filed May 25, and appellant's response to respondent's petition for reconsideration and defense motion to strike petition filed June 5, motion for relief from default granted; reconsideration allowed; former disposition (201 Or App 403, 118 P3d 857) withdrawn; affirmed July 26, 2006

STATE OF OREGON,
*Respondent,*

*v.*

KEITH H. PREECE,
*Appellant.*

109108315; A124021

139 P3d 1029

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, for petition.

Irene B. Taylor, Deputy Public Defender, Office of Public Defense Services, for response.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).